# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TRACY L. ROHR  Case Number: 06-70478
3796 SAGE DR.   SSN-xxx-xx-2588
ROCKFORD, IL  61114

Case filed on: 3/30/2006
Plan Confirmed on: 9/29/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,672.66    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | TRACY L. ROHR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 4,000.00 | 4,000.00 | 3,069.97 | 348.31 |
|  | Total Secured | 4,000.00 | 4,000.00 | 3,069.97 | 348.31 |
| 002 | ACCOUNT RECOVERY SERVICES INC | 4,717.63 | 4,717.63 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANN AGUSTSSON-MATHERS, D.O. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BROOKSIDE MEDICAL CLINIC | 265.83 | 265.83 | 0.00 | 0.00 |
| 007 | CITIZENS FINANCE | 3,590.60 | 3,590.60 | 0.00 | 0.00 |
| 008 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DR. CHUNG | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FIRST ROCKFORD GROUP / APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GLENWOOD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | IHC SWEDISH AMERICAN E.R. PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MATHERS CLINIC | 879.81 | 879.81 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 9,379.96 | 9,379.96 | 0.00 | 0.00 |
| 020 | NICOR GAS | 975.08 | 975.08 | 0.00 | 0.00 |
| 021 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD E.A.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 273.26 | 273.26 | 0.00 | 0.00 |
| 025 | ROCKFORD PARK DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROYCE FINANCIAL | 560.00 | 560.00 | 0.00 | 0.00 |
| 027 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SWEDISH AMERICAN ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SWEDISH AMERICAN HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | UNIVERSITY OF WISCONSIN HOSPITAL & CLINI | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | COMED CO | 3,159.65 | 3,159.65 | 0.00 | 0.00 |
|  | Total Unsecured | 23,801.82 | 23,801.82 | 0.00 | 0.00 |
|  | Grand Total: | 30,643.57 | 30,643.57 | 5,911.72 | 348.31 |

Total Paid Claimant: $6,260.03
Trustee Allowance: $412.63
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                By  /s/Heather M. Fagan